PER CURIAM.
Affirmed. See Michelin Tire Corp. v. Wages, 423 U.S. 276, 96 S.Ct. 535, 46 L.Ed.2d 495, reh’g denied, 424 U.S. 935, 96 S.Ct. 1151, 47 L.Ed.2d 344 (1976); Empresa Siderurgica, S.A. v. County of Merced, 337 U.S. 154, 69 S.Ct. 995, 93 L.Ed. 1276 (1949); State Dep’t of Revenue v. Anderson, 403 So.2d 397 (Fla.1981); Fred McGilvray, Inc. v. Askew, 340 So.2d 475 (Fla.1976).